| | |
|---|---|
| 1 | KEKER & VAN NEST LLP |
|   | AJAY S. KRISHNAN, SBN 222476 |
| 2 | SHILPI AGARWAL, SBN 270749 |
|   | 633 Battery Street |
| 3 | San Francisco, CA  94111-1704 |
|   | Telephone: (415) 391-5400 |
| 4 | Facsimile:  (415) 397-7188 |
|   | Attorneys for Plaintiffs |
| 5 | Derek E. Turner and Mari Toban Blome |
| 6 | OFFICE OF THE ATTORNEY GENERAL |
|   | JOHN P. DEVINE, SBN 170773 |
| 7 | HARRY T. (CHIP) GOWER, III, SBN 170784 |
|   | 455 Golden Gate Avenue, Suite 11000 |
| 8 | San Francisco , CA 94102 |
|   | Telephone:  (415) 703-5522 |
| 9 | Facsimile:   (415) 703-5480 |
|   | Attorneys for Defendants |
| 10 | Kris Lafond, Margaret Planka, Daniel Schneider, |
|   | California Highway Patrol Commissioner J.A. Farrow |
| 11 | |
|   | HANSON BRIDGETT LLP |
| 12 | KIMON MANOLIUS, SBN 154971 |
|   | JULIA H. VEIT, SBN 209207 |
| 13 | EMILY M. CHARLEY, SBN 238542 |
|   | 425 Market Street, 26th Floor |
| 14 | San Francisco, California 94105 |
|   | Telephone:     (415) 777-3200 |
| 15 | Facsimile:      (415) 541-9366 |
| 16 | Attorneys for Defendant Golden Gate Bridge, |
|   | Highway and Transportation District |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK E. TURNER and MARI TOBAN BLOME, | CASE NO. 3:09-cv-00683-EMC |
| Plaintiffs, | **JOINT CASE MANAGEMENT CONFERENCE STATEMENT**; ORDER RESETTING CMC |
| v. | Date:    September 14, 2012 |
| | Judge:  Hon. Edward M. Chen |
| KRIS LAFOND; MEG PLANKA; DANIEL SCHNEIDER; CALIFORNIA HIGHWAY PATROL COMMISSIONER J.A. FARROW; THE GOLDEN GATE BRIDGE, HIGHWAY AND TRANSPORTATION DISTRICT and Does 1 through 20, | Dept.:   Courtroom 5, 17th Floor |
| Defendants. | |

4723127.1

3:09-cv-00683-EMC

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

1    This Joint Case Management Conference Statement is submitted by:  (1) Plaintiffs Derek
E. Turner and Mari Toban Blome (collectively "Plaintiffs"); (2) California Highway Patrol
Defendants Kris Lafond, Meg Planka, Daniel Schneider, and Commissioner Joseph A. Farrow
(collectively "CHP Defendants"); and (3) Defendant the Golden Gate Bridge, Highway, and
Transportation District ("District").  This Statement is submitted pursuant to the Court's order at
the case management conference held on May 25, 2012.  (Docket Number 128.)  Please see the
parties' previous Case Management Conference Statement (Docket Number 125) for all categories
not covered by this Joint Case Management Conference Statement.

This is a civil rights action brought by two different plaintiffs relating primarily to First
and Fourth Amendment rights as they pertain to the District's policy of requiring individuals and
groups to obtain a permit before engaging in expressive conduct with signs or props on the Golden
Gate Bridge.  The District is responsible for developing and drafting the Ordinance that imposes
the permit requirement.  The CHP is one among various law enforcement agencies—including the
District's own security personnel—that enforce the Ordinance.  In August 2010, the parties filed
summary judgment motions, which were heard in October 2010.  Judge Patel issued a written
order on January 7, 2011:  (1) granting Blome summary judgment on her facial challenge to the
Ordinance; (2) denying the District's summary judgment motion as to both Blome and Turner's
case; and, (3) granting in part and denying in part the CHP Defendants' summary judgment
motion against Turner.

### 1. May 25, 2012 Case Management Conference

At the last case management conference, Plaintiffs and the District informed the Court
about the progress of settlement negotiations.  At that time, Plaintiffs and the District had agreed
in concept to revisions to the District's Expressive Activities Ordinance.  The District had
transmitted a draft of the revised Expressive Activities Ordinance for Plaintiffs' review, and
Plaintiffs had made a demand to the District for attorneys' fees.  Plaintiffs indicated that they had
begun to review the draft Ordinance transmitted by the District, and believed Plaintiffs and the
District were not far from reaching a consensus on the language.  The District indicated that once
Plaintiffs and the District reached agreement on terms of the ordinance and if Plaintiffs and the

1  District could agree to settle the attorneys' fee component, such terms would need to be approved
2  by the District's Board of Directors.  Moreover, the Board would need to amend the Expressive
3  Activities Ordinance through a noticed hearing.  The Court instructed the parties to move forward
4  towards settlement and set a further Case Management Conference for September 14, 2012.

**2.     Current Case Status**

In May and June, Plaintiffs and the District negotiated the language of the revised ordinance and attorneys' fees, reaching agreement on the terms to be presented to the District's Board of Directors.  The District's Board of Directors approved the terms of the settlement in concept.  On August 10, 2012, the Board amended the Expressive Activities Ordinance in line with Plaintiffs' and the District's agreement, also revising other terms.  The remaining step is to finalize the language of the settlement agreement.  Plaintiffs and the District are close to an agreement on the language, and expect that the settlement will be ready for execution in advance of the Case Management Conference.

DATED:  September 7, 2012                KEKER & VAN NEST LLP


                                          By:      */S/ Ajay Krishnan*
                                               AJAY KRISHNAN
                                               SHILPI AGARWAL
                                               Attorneys for Plaintiffs
                                               Derek E. Turner and Mari Toban Blome


DATED:  September 7, 2012                OFFICE OF THE ATTORNEY GENERAL


                                          By:      */s/ John P. Devine*
                                               JOHN P. DEVINE
                                               Attorneys for Defendants Kris Lafond,
                                               Margaret Planka, Daniel Schneider,
                                               California Highway Patrol Commissioner
                                               J.A. Farrow

1  DATED: September 7, 2012                    HANSON BRIDGETT LLP

                                               By:      /s/ Julia H. Veit
                                                    JULIA H. VEIT
                                                    Attorneys for Defendant Golden Gate Bridge,
                                                    Highway and Transportation District

IT IS SO ORDERED that the further CMC is reset from 9/14/12 to 11/2/12 at 10:30 a.m. An updated joint CMC statement shall be filed by 10/26/12. The 11/2/12 CMC will be vacated once a stipulation for dismissal is filed.

_____
Edward M. Chen
U.S. District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

-4-                                                             3:09-cv-00683-EMC
JOINT CASE MANAGEMENT CONFERENCE STATEMENT