KEKER & VAN NEST LLP
AJAY S. KRISHNAN, SBN 222476
SHILPI AGARWAL, SBN 270749
633 Battery Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Attorneys for Plaintiffs
Derek E. Turner and Mari Toban Blome

OFFICE OF THE ATTORNEY GENERAL
JOHN P. DEVINE, SBN 170773
HARRY T. (CHIP) GOWER, III, SBN 170784
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
Telephone: (415) 703-5522
Facsimile: (415) 703-5480
Attorneys for Defendants
Kris Lafond, Margaret Planka, Daniel Schneider,
California Highway Patrol Commissioner J.A. Farrow

HANSON BRIDGETT LLP
KIMON MANOLIUS, SBN 154971
JULIA H. VEIT, SBN 209207
EMILY M. CHARLEY, SBN 238542
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

Attorneys for Defendant Golden Gate Bridge,
Highway and Transportation District

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK E. TURNER and MARI TOBAN BLOME,<br><br>Plaintiffs,<br><br>v.<br><br>KRIS LAFOND; MEG PLANKA; DANIEL SCHNEIDER; CALIFORNIA HIGHWAY PATROL COMMISSIONER J.A. FARROW; THE GOLDEN GATE BRIDGE, HIGHWAY AND TRANSPORTATION DISTRICT and Does 1 through 20,<br><br>Defendants. | CASE NO. 3:09-cv-00683-EMC<br><br>[PROPOSED] ORDER OF DISMISSAL<br><br>Judge:  Hon. Edward M. Chen<br>Dept.:  Courtroom 5, 17th Floor |

3:09-cv-00683-EMC

699216.01

1     Pursuant to the stipulation of the parties, all outstanding claims in this matter are hereby
2 DISMISSED WITH PREJUDICE. Plaintiffs and the California Highway Patrol Defendants Kris
3 Lafond, Meg Planka, Daniel Schneider, and Commissioner Joseph A. Farrow will each bear their
4 own costs and attorneys' fees as to each other.

6 DATED this \_\_20th\_\_ day of \_\_November\_\_, 2012.

IT IS SO ORDERED

Judge Edward M. Chen

-2-

3:09-cv-00683-EMC

699216.01